**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Shawn A. ROSS, Petitioner**

**No. 890 MAL 2016**

Supreme Court of Pennsylvania.

April 4, 2017

## ORDER

PER CURIAM

**AND NOW,** this 4th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**